Case: 1:26-mj-00093
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 5/28/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On the afternoon of May 26, 2026, Metropolitan Police Department ("MPD") officers along with agents from the Diplomatic Security Service were patrolling in Police Service Area 105 in Washington, D.C. MPD Officers Alexander Squitieri, Timothy Ahl and Mohd Hossain as well as Lieutenant Jeremy Kniseley (the "Officers") were in uniform and driving in Cruiser 171, a marked MPD vehicle. At approximately 6:10 p.m., Officers Squitieri and Ahl saw a black Toyota sedan with no front tag affixed to the vehicle's front bumper driving westbound on the 100 block of M Street, SW. The Officers made a U-turn, drove behind the vehicle and saw that it had Maryland tag 2GX3114 affixed to its rear bumper. Officer Mohd ran the vehicle's tag through the Washington Area Law Enforcement System and National Crime Information Center databases and learned that the vehicle was registered to Mohammed Deen.

Officers conducted a traffic stop and pulled the vehicle over in front of 35 Parker Road, SW, for driving without having a front tag securely fastened to the front of the vehicle, in violation of D.C. Municipal Regulations § 18-422. Officer Squitieri, who was followed by Officer Ahl, approached the vehicle's front driver's side door and encountered the defendant Mohammed Deen, who was the vehicle's sole occupant. At the same time, Officer Hossain, who was followed by Lieutenant Kniseley, approached the vehicle's front passenger side door. Officer Hossain had an unobstructed view of the vehicle's front middle console through the vehicle's windows, which had zero to minimal tint.  Officer Squitieri informed the defendant that the reason he was pulled over was because he did not have a front tag on display. The defendant stated that the tag was on his dashboard, but Officer Squitieri explained that the tag had to be affixed to the front of the vehicle. Officer Squitieri then asked for the defendant's driver's license.

As the defendant was retrieving his license from the vehicle's front middle console, Officer Hossain saw the slide of a firearm in the console in plain view. Officer Hossain then signaled that the defendant had a firearm to the other officers by stating the codeword "1-8." Officers Squitieri and Ahl immediately detained the defendant.



*Firearm in Vehicle's Front Middle Console*

Officer Hossain then recovered a black 9 mm Glock pistol from the middle console. The firearm was loaded with 4 rounds of ammunition in a 6-round capacity magazine, and 1 round in the firearm's chamber. The firearm appeared to be fully functional, designed to expel a projectile by means of an explosion, had a barrel length of less than 12 inches, and was capable of being fired with a single hand.



*Firearm, Magazine, and Ammunition After Recovery*

The defendant stated that he was not licensed to carry a firearm in Washington, D.C. Officers also conducted a check of the D.C. gun registry and confirmed that the defendant did not possess a concealed carry license in D.C. and that the firearm was not registered.

Officers then arrested the defendant for various firearm violations. Thereafter, the defendant's vehicle was searched. Inside of the vehicle were 3 plastic bags and 2 mylar bags containing approximately 1.14 pounds of suspected marijuana, 1 jar of tetrahydrocannabinol wax, a scale and 30 empty mylar bags.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the Glock pistol and ammunition that was recovered moved in interstate or foreign commerce.

Prior to May 26, 2026, the defendant had a prior conviction for a crime punishable by imprisonment for a term exceeding one year in Prince George's County, Maryland, case number CT170721X.

Accordingly, your affiant submits that probable cause exists to charge Mohammed Deen with violating 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

OFFICER MOHD HOSSAIN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of May 2026.*

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE